IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KC, by and through guardian ad litem STACY CHRISTIANSEN[1], | 3:10-CV-00841-BR |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| BEAVERTON SCHOOL DISTRICT, a municipal corporation, and NANCY MOYER, in her individual capacity, | |
| Defendants. | |

Based upon the filing of the Settlement Agreement Pursuant to ORS 17.095 (#25) filed June 21, 2011, this matter is hereby **DISMISSED** with prejudice and without costs or attorney fees to either party.

Dated this 24th day of June, 2011.

*Anna J. Brown*
ANNA J. BROWN
United States District Judge

---

[1] Per Order (#24), Stacy Christiansen substituted as guardian ad litem for Jack L. Stewart.